IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3038 |
| | ) | |
| v. | ) | |
| | ) | |
| JOEL L. WITT, | ) | ORDER ON MOTION FOR LEAVE TO |
| | ) | FILE PLEADINGS OUT OF TIME |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Motion for Leave to File Pleadings Out of Time, filing 69, is granted; and

2. the defendant shall on or before January 27, 2012, file and serve his motion for variance, supporting brief and statement of position out of time.

Dated January 26, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge