IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3038 |
| v. | ) | |
| JOEL L. WITT, | ) | ORDER ON MOTION TO APPEAL IN FORMA PAUPERIS |
| Defendant. | ) | |

On February 15, 2012, I entered a Judgment in a Criminal Case, ECF No. 83. On February 27, 2012, defense counsel filed a Notice of appeal, ECF No. 85. On March 12, 2012, defense counsel filed an Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis and a Prisoner Information Request, ECF 86 and on March 13, 2012, defense counsel filed a Motion to Appeal in Forma Pauperis.

For the reasons stated in the Motion to Appeal in Forma Pauperis and Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis,

IT IS ORDERED that the Motion to Appeal in Forma Pauperis, ECF No. 87, is granted.

Dated March 14, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge